*EXHIBIT A*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| OEM SURPLUS, INC.<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>APPLIED MATERIALS, INC.<br><br>    Defendant/Counter-Plaintiff. | <br><br><br><br><br><br>CIVIL ACTION NO.  A06CA051 LY<br><br>**JURY TRIAL REQUESTED** |

## JOINT STIPULATED MOTION TO DISMISS OF OEM SURPLUS INC. AND APPLIED MATERIALS, INC.

TO THE HONORABLE LEE YEAKEL:

Plaintiff/Counter-Defendant OEM Surplus, Inc. and Defendant/Counter-Plaintiff Applied Materials (collectively, the "Parties") hereby jointly move the Court for an order dismissing with prejudice the claims and causes of action each Party has asserted against the other, with each Party to bear its own costs and attorneys' fees, and in support thereof would respectfully show the Court as follows:

The Parties have reached an agreement, with all matters of fact and things in controversy between them being fully and finally settled. The Parties have agreed that the claims and causes of action asserted each Party has asserted against the other shall be dismissed with prejudice.

WHEREFORE, PREMISE CONSIDERED, the Parties respectfully request that the Court enter an Order consistent with this motion, dismissing the claims and causes of action Applied Materials, Inc. and OEM Surplus, Inc. have asserted against each other in the above-captioned action with prejudice.

**JOINT STIPULATED MOTION TO DISMISS** - Page 1

Respectfully submitted,

Dated: July 9, 2008                                    FISH & RICHARDSON, P.C.

                                              By: /s/ Alan D Albright
                                                  Alan D Albright
                                                  Texas Bar Number: 00973650
                                                  Patrick S. Richter
                                                  Texas Bar Number: 00791524
                                                  FISH & RICHARDSON P.C.
                                                  111 Congress Avenue, Suite 810
                                                  Austin, TX 78701
                                                  (512) 472-5070
                                                  (512) 320-8935 (Facsimile)

                                                  Robert E. Cooper
                                                  GIBSON DUNN & CRUTCHER, L.L.P.
                                                  333 South Grande Avenue, 47th Floor
                                                  Los Angeles, CA 90071
                                                  (213) 229-7000
                                                  (213) 229-6179 (Facsimile)

                                                  Joel S. Sanders
                                                  George A. Nicoud III
                                                  Texas Bar Number: 15017875
                                                  GIBSON DUNN & CRUTCHER, L.L.P.
                                                  One Montgomery Street, 31st Floor
                                                  San Francisco, CA 94105
                                                  (415) 393-8200
                                                  (415) 986-5309

                                                  Attorneys for Defendant/Counter-Plaintiff
                                                  APPLIED MATERIALS, INC.

WATTS LAW FIRM, LLP

By: /s/ Edward W. Allred by permission
    Mikal C. Watts
    Texas Bar No. 20981820
    Edward W. Allred
    Texas Bar No. 50511764
    Francisco Guerra, IV.
    Texas Bar No. 00796684
    WATTS LAW FIRM, LLP
    Bank of America Plaza
    300 Convent, Suite 100
    San Antonio, TX 78205
    (210) 527-0500 *tel.*
    (210) 527-0501 *fax.*

    Barry K. Bishop
    Texas Bar No. 02346000
    Pamela J. McClain
    Texas Bar No. 50511874
    CLARK, THOMAS & WINTERS, PC
    300 W. 6th Street, 15th Floor
    Austin, TX 78701
    (512) 472-8800 *tel.*
    (512) 472-1129 *fax.*

    David M. Gottfried
    Texas Bar No. 08231200
    DAVID M. GOTTFRIED, PC
    400 West 15th Street, Suite 200
    Austin, TX 78701
    (512) 494-1482 *tel.*
    (512) 469-0474 *fax.*

    Attorneys for Plaintiff/Counter-Defendant
    SILICON SERVICES CONSORTIUM, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 9, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by e-mail.

| | |
|---|---|
| Mikal C. Watts<br>Edward W. Allred<br>Francisco Guerra, IV<br>Watts Law Firm<br>300 Convent, Suite 100<br>San Antonio, TX  78205<br><br>Via Email | Counsel for Plaintiffs<br>Silicon Services Consortium, Inc.,<br>Semiconductor Support Services<br>Company, OEM Surplus, Inc.,<br>Semiconductor Equipment Specialists,<br>Inc. |
| Barry K. Bishop<br>Clark, Thomas & Winters, P.C.<br>300 West 6th Street, 15th Floor<br>Austin, Texas 78701<br><br>Via Email | Counsel for Plaintiffs<br>Silicon Services Consortium, Inc.,<br>Semiconductor Support Services<br>Company, OEM Surplus, Inc.,<br>Semiconductor Equipment Specialists,<br>Inc. |
| David M. Gottfried<br>David M. Gottfried, P.C.<br>1505 West Sixth Street<br>Austin, TX 78703<br><br>Via Email | Counsel for Plaintiffs<br>Silicon Services Consortium, Inc.,<br>Semiconductor Support Services<br>Company, OEM Surplus, Inc.,<br>Semiconductor Equipment Specialists,<br>Inc. |
| Dwayne K. Goetzel<br>Eric Meyertons<br>Meyertons, Hood, Kivlin, Kowert & Goetzel,<br>P.C.<br>The Chase Building<br>700 Lavaca, Suite 800<br>Austin, Texas 78701-3102<br><br>Via Email | Counsel for<br>Silicon Services Consortium, Inc.,<br>Semiconductor Support Services<br>Company, OEM Surplus, Inc., Precision<br>Technician Incorporated, Semiconductor<br>Equipment Specialists, Inc. |

/s/ Alan D Albright
Alan D Albright

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| OEM SURPLUS, INC.<br><br>　　Plaintiffs/Counter-Defendants,<br><br>v.<br><br>APPLIED MATERIALS, INC.<br><br>　　Defendant/Counter-Plaintiff. | CIVIL ACTION NO. A06CA051 LY<br><br>**JURY TRIAL REQUESTED** |

### ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS OF OEM SURPLUS, INC. AND APPLIED MATERIALS, INC.

Now pending before the Court is the joint motion of Plaintiff/Counter-Defendant OEM Surplus, Inc. and Defendant/Counter-Plaintiff Applied Materials, Inc. (collectively, the "Parties"), seeking dismissal of this action with prejudice. The Court finds that the joint motion of the Parties should be granted.

IT IS THEREFORE ORDERED that the Parties' Joint Stipulated Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claims and causes of action OEM Surplus, Inc. has asserted against Applied Materials, Inc. in this action shall be and are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claims and causes of action Applied Materials, Inc. has asserted against OEM Surplus, Inc. in this action shall be and are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs and attorneys' fees.

Dated: _____          _____
                                        Honorable Lee Yeakel
                                        United States District Judge

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS** - Page2