IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OEM SURPLUS, INC., | § | |
| PLAINTIFF, | § | CAUSE NO. A-06-CA-051-LY |
| | § | |
| V. | § | |
| | § | |
| | § | |
| APPLIED MATERIALS, INC., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On September 24, 2007, the Court granted the Joint Motion to Dismiss with Prejudice Precision Technician Incorporated and Applied Materials, Inc. (Doc. #86). On December 18, 2007, the Court granted the Joint Stipulated Motion to Dismiss (with prejudice) of Semiconductor Equipment Specialists, Inc. and Applied Materials (Doc. #119). On May 23, 2008, the Court granted the Joint Stipulated Motion to Dismiss (with prejudice) of Semiconductor Support Services Company and Applied Materials (Doc. #132). On July 1, 2008, the Court granted the Joint Stipulated Motion to Dismiss (with prejudice) of Silicon Services Consortium Inc. and Applied Materials, Inc. (Doc. #136). On July 10, 2008, the Court granted the Joint Stipulated Motion to Dismiss (with prejudice) of OEM Surplus, Inc. and Applied Materials, Inc. (Doc. #139). Having dismissed all claims and causes of action against all defendants in this case, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this __29th__ day of July, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE